**United States Bankruptcy Court**
**District of Nevada**

In re: **CAROLINA FLORES TT**
Debtor(s)

Case No. **21-50695**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 18, 2021**

**/s/ CAROLINA FLORES TT**
**CAROLINA FLORES TT**
Signature of Debtor