KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com
       tricia@darbylawpractice.com

*Electronically filed 10/28/2021*

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CAROLINA FLORES TT,<br><br>        Debtor.<br>_____ | CASE NO.: BK-N-21-50695-NMC<br>Chapter 13<br><br>**NOTICE OF HEARING ON CHAPTER 13 PLAN**<br><br>Hearing Date:   December 9, 2021<br>Hearing Time:   3:00 p.m. |

     **NOTICE IS HEREBY GIVEN** that on October 18, 2021, Debtor, CAROLINA FLORES TT, by and through her attorney, TRICIA M. DARBY, ESQ. of DARBY LAW PRACTICE, LTD., filed a Chapter 13 Plan (the "Plan"). Any opposition must be filed pursuant to Local Rule 9014(d)(1).

     **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views, you must file an opposition with the Court, and serve a copy on the person making the Motion ***no later than 14 days preceding the hearing date*** for this Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

///

///

///

///

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may refuse to allow you to speak at the scheduled hearing; and
> - The Court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Plan shall be held before a United States Bankruptcy Judge in the C. Clifton Young Federal Building, 300 Booth Street, Fifth Floor, Bankruptcy Courtroom 2, Reno, Nevada on December 9, 2021 at the hour of 3:00 p.m.

DATED this 29th day of October 2021.

DARBY LAW PRACTICE, LTD.

By: _/s/Tricia M. Darby_____
TRICIA M. DARBY, ESQ.
4777 Caughlin Parkway
Reno, Nevada 89519
Attorney for Debtor