1  **TIFFANY & BOSCO, P.A.**
   Krista J. Nielson, Esq.
2  Nevada Bar No. 10698
   10100 W. Charleston Boulevard, Suite 220
3  Las Vegas, NV 89135
   Telephone: 702 258-8200
4  Fax: 702 258-8787
   nvbk@tblaw.com
5  TB File No. 21-71703

6

7  Attorney for Guild Mortgage Company LLC

8  UNITED STATES BANKRUPTCY COURT

9  DISTRICT OF NEVADA

| In Re: | Case No. 21-50695-nmc |
|---|---|
| CAROLINA FLORES TT | Chapter 13 |
| Debtor. | **GUILD MORTGAGE COMPANY LLC'S REQUEST FOR SPECIAL NOTICE** |

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

COMES NOW, **TIFFANY & BOSCO, P.A.**, as attorneys for Guild Mortgage Company LLC ("Creditor"), and hereby requests special notice of all events relevant to the above-referenced bankruptcy, including all pleadings or notices under the Federal Rule of Bankruptcy Procedures, the commencement of any adversary proceedings, the filing of any requests for hearings, objections and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

/././

/././

/././

1

TIFFANY & BOSCO, P.A. requests that for all notice purposes and for inclusion in the master mailing list in this case that the following be given to and served upon the undersigned at the following address and telephone number:

**TIFFANY & BOSCO, P.A.**
c/o Krista J. Nielson, Esq.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
(702) 258-8200

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct shall constitute a waiver of any rights Creditor may be entitled to exercise.

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed. R. Bankr. Rule 7004. Creditor must be served directly and does not authorize TIFFANY & BOSCO, P.A., to act as its agent for purposes of service under Fed. R. Bankr. Rule 7004.

DATED this 1st day of November, 2021.

**TIFFANY & BOSCO, P.A.**

By: /s/ Krista J. Nielson, Esq.
**KRISTA J. NIELSON, ESQ.**
Attorney for Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com
TB File No. 21-71703

Attorneys for Guild Mortgage Company LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 21-50695-nmc |
| CAROLINA FLORES TT | Chapter 13 |
| Debtor. | **CERTIFICATE OF MAILING** |

## <u>CERTIFICATE OF MAILING</u>

1. On November 1, 2021, I served the following document:

   **REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   **a. ECF System**

       Kevin A. Darby
       kevin@darbylawpractice.com
       Attorney for Debtor

       William A. Van Meter
       ECF@reno13.com
       Trustee

1

|   |   |
|---|---|
| 1 | X   **b. United States mail, postage fully prepaid:** |
| 2 | Carolina Flores TT |
| 3 | 429 15th Street<br>Sparks, NV  89431 |
| 4 | Debtor |
| 5 | **I declare under penalty of perjury the foregoing is true and correct.** |
| 6 | DATED this 1st day of November, 2021. |
| 7 |   |
| 8 | By:   /s/ Michelle Benson |

2