---

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 22, 2021

---

MICHAEL LEHNERS, ESQ.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
P: 775-786-1695
F: 775-786-0799
E: michaellehners@yahoo.com

PAUL J. MALIKOWKSI, ESQ.
NV Bar No.: 00980
P.O. Box 9030
Reno, NV 89507
P: (775) 786-0758
F: (800) 331-9501
E: paul@nvlaw.com

Attorneys for Katherine Johns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE: | BK CASE NO: 21-50695-nmc<br>(Chapter 13) |
| CAROLINA FLORES, TT, | CTN. HRG. DATE: 2/17/22<br>AND TIME: 3:00 P.M. |
| Debtor. / | |

**ORDER APPROVING STIPULATION RE: OBJECTION TO PLAN AND EXEMPTIONS**

THIS MATTER having come before this court by Stipulation (Docket Number 34). Having reviewed the pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is granted and the Debtor's plan confirmation has been continued to February 17, 2022 at 3:00 p.m.

IT IS FURTHER ORDERED That Co-Counsel, Michael Lehners, Esq., shall have 14 days prior to the continued hearing date to file a supplement Opposition to the Debtor's proposed Chapter 13 Plan as well as file his Objection to the Debtor's exemptions.

Submitted by:

_____
Michael Lehners, Esq.
Co-counsel for Creditor
Katherine Johns.

# # #