NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−50695−nmc<br>CHAPTER 13 |
| CAROLINA FLORES TT | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *37* – Objection with Certificate of Service Filed by MICHAEL LEHNERS on behalf of KATHERINE JOHNS (Related document(s)12 Chapter 13 Plan #1 filed by Debtor CAROLINA FLORES TT.) (LEHNERS, MICHAEL) |
| Filed On: | 12/21/21 |
| With A Hearing Date Of: | 2/17/22 |
| And A Hearing Time Of: | 3:00 pm |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 12/22/21

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**